Form finmgtc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−27330−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Mark Collins                                        Alexis Collins
   619 Cedar Court                           aka Alexis Williams
   Pleasantville, NJ 08232              619 Cedar Court
                                                   Pleasantville, NJ 08232

Social Security No.:
   xxx−xx−0543                                xxx−xx−6541

Employer's Tax I.D. No.:

## NOTICE OF FAILURE TO FILE DEBTOR'S CERTIFICATION OF COMPLETION
## OF INSTRUCTIONAL COURSE CONCERNING FINANCIAL MANAGEMENT

To receive a discharge each individual debtor must participate in a personal financial management course. The course provider may file a Certificate of Debtor Education, or the debtor must file a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management* (Official Form B23) proving compliance with the financial management course requirement for discharge (each debtor in a joint case must file a separate Certification). The Certification must be filed by:

      Chapter 13: [No Later than the date you make the last payment under your plan.]

To date the court has not received the above document from the debtor(s), nor has it received a Certificate of Debtor Education from a course provider. If the court does not receive the document(s) within the time frame set forth above, your case will be closed without entry of the discharge. If the case is closed without entry of the discharge you must file a Motion To Reopen to allow for the filing of the document(s) and pay the applicable filing fee.

Dated: November 25, 2019
JAN: admi

                                                                                       Jeanne Naughton
                                                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Mark Collins
Alexis Collins
    Debtors

Case No. 19-27330-ABA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin               Page 1 of 1                   Date Rcvd: Nov 25, 2019
                              Form ID: finmgtc          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2019.
db/jdb          +Mark Collins,    Alexis Collins,    619 Cedar Court,    Pleasantville, NJ 08232-4202

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Nov 26 2019 00:10:43      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 26 2019 00:10:38      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2019 at the address(es) listed below:
              Brian E Caine    on behalf of Loss Mitigation    Rushmore Loan Management Services
               bcaine@parkermccay.com,   BKcourtnotices@parkermccay.com
              Brian E Caine    on behalf of Creditor    First Guaranty Mortgage Corporation
               bcaine@parkermccay.com,   BKcourtnotices@parkermccay.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Joel Lee Schwartz    on behalf of Joint Debtor Alexis  Collins esqinac@aol.com,
               stacygreen7@aol.com
              Joel Lee Schwartz    on behalf of Debtor Mark  Collins esqinac@aol.com,   stacygreen7@aol.com
              Kevin Gordon McDonald    on behalf of Creditor    Pennsylvania Housing Finance Agency
               kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 8