# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | | |
|---|---|---|---|
| IN RE: | ) | | Order Filed on December 10, 2019 |
| | ) | | by Clerk |
| | ) | | U.S. Bankruptcy Court |
| **MARK COLLINS and ALEXIS COLLINS, Debtor**. | ) | CHAPTER 13 | District of New Jersey |
| | ) | CASE NO. 19-27330 | |

---

### ORDER OF APPROVAL TO PARTICIPATE IN THE LOSS MITIGATION PROGRAM

---

**DATED: December 10, 2019**

Dated:

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Honorable Andrew B. Altenburg, Jr.

A motion for the Courts approval to participate in the Loss Mitigation program was filed by the Debtor on November 11, 2019.

Property:     619 Cedar Court, Pleasantville, New Jersey 08232

Creditor:     Rushmore Loan Management

**ORDERED** that the parties shall utilize the Loss Mitigation Portal during the Loss Mitigation Period, and it is further **ORDERED** that:

1. Within 14 days of the date of this Order, the Creditor shall ensure that it is registered on the Loss Mitigation Portal and that all of its initial Loss Mitigation document requirements are available on the Portal.
2. Within 35 days of the date of this Order, the Debtor shall upload and submit through the Loss Mitigation Portal a completed Creditor's Initial Package.
3. Within 10 business days of the Debtor's submission of the Creditor's Initial Package, the Creditor shall acknowledge receipt of same and designate the single point of contract for Debtor's review.

United States Bankruptcy Court
District of New Jersey

In re:  
Mark Collins  
Alexis Collins  
    Debtors

Case No. 19-27330-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Dec 10, 2019  
                   Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2019.  
db/jdb        +Mark Collins,    Alexis Collins,    619 Cedar Court,    Pleasantville, NJ 08232-4202

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2019 at the address(es) listed below:

       Brian E Caine    on behalf of Creditor    First Guaranty Mortgage Corporation  
        bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
       Brian E Caine    on behalf of Loss Mitigation    Rushmore Loan Management Services  
        bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
       Denise E. Carlon    on behalf of Creditor    Pennsylvania Housing Finance Agency  
        dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       Joel Lee Schwartz    on behalf of Joint Debtor Alexis Collins esqinac@aol.com, stacygreen7@aol.com  
       Joel Lee Schwartz    on behalf of Debtor Mark Collins esqinac@aol.com, stacygreen7@aol.com  
       Kevin Gordon McDonald    on behalf of Creditor    Pennsylvania Housing Finance Agency  
        kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                            TOTAL: 9