UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
**Isabel C. Balboa, Esquire**
**Cherry Tree Corporate Center**
**535 Route 38, Suite 580**
**Cherry Hill, New Jersey 08002**
**(856) 663-5002**

Order Filed on January 7, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

    **MARK COLLINS**
    **ALEXIS COLLINS**

           Debtor(s).

Case No.   19-27330 (ABA)

Judge: Andrew B. Altenburg, Jr.

# ORDER ALLOWING §341(a) MEETING OF CREDITORS TO BE RESCHEDULED WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: January 7, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**Page Two**
**Debtors:** **Mark Collins and Alexis Collins**
**Case No.** **19-27330 (ABA)**
**Order: ORDER ALLOWING §341(a) MEETING OF CREDITORS TO BE RESCHEDULED WITH CONDITIONS**

_____

This matter having been brought before the Court by Debtor(s) on a Motion to Allow the §341(a) Meeting of Creditors to be Rescheduled, and Isabel C. Balboa, Chapter 13 Standing Trustee having filed a response, and for good cause shown:

**IT IS FURTHER ORDERED** that within ten (10) days of the date of this Order, Debtor(s) must provide the following to the Trustee:

| | |
|---|---|
| x | Most recent tax return (or tax declaration if Debtor not required to file tax returns.) |
| x | 60 days pre-petition payment advices / proof of income dated |
| __ | Non-filing spouse's 60 days pre-petition advices / proof of income. |
| __ | Business documents: |
| __ | Other: |

**IT IS FURTHER ORDERED** that within ten (10) days of the date of the Order and upon submission of the above-referenced documents, Debtor(s) must contact the Chapter 13 Trustee to reschedule §341(a) Meeting of Creditors.

**IT IS FURTHER ORDERED** that should Debtor(s) fail to comply with the terms of this Order and/or if Debtor(s) shall fail to appear at the §341(a) Meeting of Creditors, Debtor(s)' case shall be dismissed upon the receipt of certification by the Trustee of such non-compliance filed with the Court and served upon Debtor(s).

```
                        United States Bankruptcy Court
                             District of New Jersey
```

In re:                                                         Case No. 19-27330-ABA
Mark Collins                                                   Chapter 13
Alexis Collins
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1           Date Rcvd: Jan 08, 2020
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 10, 2020.
db/jdb         +Mark Collins,   Alexis Collins,   619 Cedar Court,   Pleasantville, NJ 08232-4202

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2020                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 8, 2020 at the address(es) listed below:
              Brian E Caine    on behalf of Loss Mitigation    Rushmore Loan Management Services
               bcaine@parkermccay.com,    BKcourtnotices@parkermccay.com
              Brian E Caine    on behalf of Creditor    First Guaranty Mortgage Corporation
               bcaine@parkermccay.com,    BKcourtnotices@parkermccay.com
              Denise E. Carlon    on behalf of Creditor    Pennsylvania Housing Finance Agency
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jennifer R. Gorchow    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com
              Joel Lee Schwartz    on behalf of Joint Debtor Alexis  Collins esqinac@aol.com,
               stacygreen7@aol.com
              Joel Lee Schwartz    on behalf of Debtor Mark  Collins esqinac@aol.com,   stacygreen7@aol.com
              Kevin Gordon McDonald    on behalf of Creditor    Pennsylvania Housing Finance Agency
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10