UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Joel Schwartz
Joel Schwartz, Esquire
222 New Road, Suite 402
Linwood, New Jersey 08221
(609) 677-9454

Order Filed on March 17, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
MARK COLLINS and ALEXIS COLLINS

Case No.: 19-27330

Chapter: 13

Judge: Altenburg, Jr.

## ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 17, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____ :

Property:     619 Cedar Court, Pleasantville, New Jersey 08232

Creditor:     Rushmore Loan Management

and a Request for

☒ Extension of the Loss Mitigation Period having been filed by Joel Schwartz, Esquire , and for good cause shown,

☐ Early Termination of the Loss Mitigation Period having been filed by _____ , and for good cause shown,

It is hereby ORDERED that,

☒ The Loss Mitigation Period is extended up to and including 6/15/20 .

☐ The Loss Mitigation Period is terminated, effective _____ .

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

United States Bankruptcy Court
District of New Jersey

In re:  
Mark Collins  
Alexis Collins  
    Debtors

Case No. 19-27330-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Mar 17, 2020  
                         Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2020.  
db/jdb       +Mark Collins,    Alexis Collins,    619 Cedar Court,    Pleasantville, NJ 08232-4202

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2020                                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2020 at the address(es) listed below:

        Brian E Caine    on behalf of Loss Mitigation    Rushmore Loan Management Services  
         bcaine@parkermccay.com,   BKcourtnotices@parkermccay.com  
        Brian E Caine    on behalf of Creditor    First Guaranty Mortgage Corporation  
         bcaine@parkermccay.com,   BKcourtnotices@parkermccay.com  
        Denise E. Carlon    on behalf of Creditor    Pennsylvania Housing Finance Agency  
         dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
        Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com  
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,   summarymail@standingtrustee.com  
        Jennifer R. Gorchow    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com  
        Joel Lee Schwartz    on behalf of Joint Debtor Alexis   Collins esqinac@aol.com,   stacygreen7@aol.com  
        Joel Lee Schwartz    on behalf of Debtor Mark   Collins esqinac@aol.com,   stacygreen7@aol.com  
        Kevin Gordon McDonald    on behalf of Creditor    Pennsylvania Housing Finance Agency  
         kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                               TOTAL: 10