UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Law Offices of Joel Schwartz
Joel Schwartz, Esquire
222 New Road, Suite 402
Linwood, New Jersey 08221
(609) 677-9454

In Re:
MARK COLLINS and ALEXIS COLLINS

Case No.: 19-27330
Chapter: 13
Adv. No.: 
Hearing Date: 
Judge: Altenburg, Jr.

## CERTIFICATION OF SERVICE

1. I, __Joel Schwartz, Eqsuire__ :

    ☒ represent __Mark and Alexis Collins__ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On __May 11, 2020__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
    Amended Chapter 13 plan, certificate of service

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 05/11/2020

/s/ Joel Schwartz, Esquire
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| U.S. Trustee<br>U.S. Department of Justice<br>Office of the US Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Notice of Electronic Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Isabel Balboa<br>Chapter 13 Standing Trustee<br>535 NJ-38<br>Cherry Hill, New Jersey 08002 | Chapter 13 Standing Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Notice of Electronic Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Secretary of Housing and Urban Development<br>451 7th Street S.W.<br>Washington, DC 20410 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Brian E. Caine, Esquire<br>Parker McCay P.A.<br>9000 Midlantic Drive, Suite 300<br>Mt. Laurel, New Jersey 08054 | Attorney on behalf of creditor Rushmore Loan Management Services LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Notice of Electronic filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Denise Carlon, Esquire<br>KML Law Group, PC<br>216 Haddon Avenue, Suite 406<br>Westmont, New Jersey 08108 | Attorney on behalf of creditor Pennsylvania Housing Finance Agency | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Notice of Electronic Fili[ng]<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Mark and Alexis Collins<br>619 Cedar Court<br>Pleasantville, New Jersey 08232 | Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>    (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>    (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>    (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>    (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>    (As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*