Form oavolssn – oavolssnv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

_____

Case No.:  19–27330–ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Mark Collins                                  Alexis Collins
aka Mart A. Collins                           aka Alexis Williams
619 Cedar Court                               619 Cedar Court
Pleasantville, NJ 08232                       Pleasantville, NJ 08232

Social Security No.:
xxx–xx–0543                                   xxx–xx–6541

Employer's Tax I.D. No.:

_____

### ORDER RESPECTING
### AMENDMENT TO VOLUNTARY PETITION AND/OR
### STATEMENT ABOUT YOUR SOCIAL SECURITY NUMBERS

    The Court having noted that the debtor filed an Amendment To Voluntary Petition and/or Statement About Your Social Security Numbers on August 12, 2020, and for good cause shown, it is

    ORDERED that the debtor must serve a copy of this Order and the Amendment To Voluntary Petition or Statement About Your Social Security Numbers on all creditors and/or parties–in–interest and the trustee in the case, if any, not later than 7 days after the date of this Order.

    It is further ORDERED that not later than 7 days after the date of this Order, the debtor must file the Local Form, Certification of Service, certifying compliance with the above requirements.

    It is further ORDERED that the creditors and/or parties–in–interest and the trustee have:

    1. until the original deadline, if any, fixed by the court to file a complaint to object to the debtor's discharge or dischargeability of certain debts, or 60 days from the date of this Order, whichever is later;

    2. until the original deadline, if any, fixed by the Court to file a proof of claim or required supplement, or 60 days from the date of this Order, whichever is later;

    3. until the original deadline fixed by the Court to object to exemptions, or 30 days from the date of this Order, whichever is later.

Dated: August 13, 2020
JAN: eag

                                    Andrew B. Altenburg Jr.
                                    United States Bankruptcy Judge