Form oavolssn − oavolssnv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.:  19−27330−ABA
                        Chapter:  13
                        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| Mark Collins | Alexis Collins |
| --- | --- |
| aka Mart A. Collins | aka Alexis Williams |
| 619 Cedar Court | 619 Cedar Court |
| Pleasantville, NJ 08232 | Pleasantville, NJ 08232 |

Social Security No.:
  xxx−xx−0543                                     xxx−xx−6541

Employer's Tax I.D. No.:

## ORDER RESPECTING
## AMENDMENT TO VOLUNTARY PETITION AND/OR
## STATEMENT ABOUT YOUR SOCIAL SECURITY NUMBERS

    The Court having noted that the debtor filed an Amendment To Voluntary Petition and/or Statement About Your Social Security Numbers on August 12, 2020, and for good cause shown, it is

    ORDERED that the debtor must serve a copy of this Order and the Amendment To Voluntary Petition or Statement About Your Social Security Numbers on all creditors and/or parties−in−interest and the trustee in the case, if any, not later than 7 days after the date of this Order.

    It is further ORDERED that not later than 7 days after the date of this Order, the debtor must file the Local Form, Certification of Service, certifying compliance with the above requirements.

    It is further ORDERED that the creditors and/or parties−in−interest and the trustee have:

    1. until the original deadline, if any, fixed by the court to file a complaint to object to the debtor's discharge or dischargeability of certain debts, or 60 days from the date of this Order, whichever is later;

    2. until the original deadline, if any, fixed by the Court to file a proof of claim or required supplement, or 60 days from the date of this Order, whichever is later;

    3. until the original deadline fixed by the Court to object to exemptions, or 30 days from the date of this Order, whichever is later.

Dated: August 13, 2020
JAN: eag

                                              Andrew B. Altenburg Jr.
                                              United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:
Mark Collins
Alexis Collins
    Debtors

Case No. 19-27330-ABA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Aug 13, 2020
                  Form ID: oavolssn    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2020.
db/jdb     +Mark Collins, Alexis Collins, 619 Cedar Court, Pleasantville, NJ 08232-4202

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg     +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 14 2020 00:12:44     United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235
                                                   TOTAL: 1

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2020                                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2020 at the address(es) listed below:
        Brian E Caine    on behalf of Loss Mitigation    Rushmore Loan Management Services bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
        Brian E Caine    on behalf of Creditor    First Guaranty Mortgage Corporation bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
        Denise E. Carlon    on behalf of Creditor    Pennsylvania Housing Finance Agency dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
        Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
        Jennifer R. Gorchow    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com
        Joel Lee Schwartz    on behalf of Joint Debtor Alexis Collins esqinac@aol.com, stacygreen7@aol.com
        Joel Lee Schwartz    on behalf of Debtor Mark Collins esqinac@aol.com, stacygreen7@aol.com
        Kevin Gordon McDonald    on behalf of Creditor    Pennsylvania Housing Finance Agency kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                    TOTAL: 10