Form oresadoc – oresadocv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−27330−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Mark Collins
aka Mart A. Collins
619 Cedar Court
Pleasantville, NJ 08232

Alexis Collins
aka Alexis Williams
619 Cedar Court
Pleasantville, NJ 08232

Social Security No.:
xxx−xx−0543                                        xxx−xx−6541

Employer's Tax I.D. No.:

## ORDER RESPECTING
## AMENDMENT TO SCHEDULE D, E/F, G OR H
## OR LIST OF CREDITORS

The Court having noted that the debtor filed an Amendment to Schedule D on August 12, 2020 or to the List of Creditors on N/A , and for good cause shown, it is

ORDERED that the debtor must provide notice of the Amendment to the creditor(s) or party(ies) being deleted, added or modified and to the trustee in the case, if any, not later than 7 days after the date of this Order.

It is further ORDERED that the debtor(s) must serve on added creditors or parties, not later than 7 days after the date of this Order, the following:

1. A copy of the applicable Notice of Chapter 13 Bankruptcy Case, and

2. In a Chapter 11 case:

    a) a copy of the last modified plan and disclosure statement, if any, and

    b) a copy of any order approving the adequacy of the disclosure statement
    and/or the scheduling of the plan for confirmation.

3. In a Chapter 12 or Chapter 13 case:

    a) a copy of the Notice of Hearing on Confirmation of Plan, if any, and

    b) a copy of the last modified plan that has been filed in the case.

It is further ORDERED that not later than 7 days after the date of this Order, the debtor(s) must file the Local Form, Certification of Service, certifying compliance with the above requirements.

It is further ORDERED that the added creditors or parties have

1. until the original deadline, if any, fixed by the court to file a complaint to object to
the debtor's discharge or dischargeability of certain debts, or sixty 60 days from the date of this Order, whichever is later;

2. until the original deadline, if any, fixed by the Court to file a proof of claim or required supplement,

or sixty 60 days from the date of this Order, whichever is later;

3.    until the original deadline fixed by the Court to object to exemptions, or thirty 30 days from the date of this Order, whichever is later.

Dated: August 13, 2020
JAN: eag

Andrew B. Altenburg Jr.
United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:  
Mark Collins  
Alexis Collins  
     Debtors

Case No. 19-27330-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Aug 13, 2020  
                    Form ID: oresadoc      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2020.  
db/jdb         +Mark Collins, Alexis Collins, 619 Cedar Court, Pleasantville, NJ 08232-4202

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 14 2020 00:12:44     United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235  
                                                                                                             TOTAL: 1

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2020                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2020 at the address(es) listed below:

       Brian E Caine    on behalf of Loss Mitigation    Rushmore Loan Management Services bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
       Brian E Caine    on behalf of Creditor    First Guaranty Mortgage Corporation bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
       Denise E. Carlon    on behalf of Creditor    Pennsylvania Housing Finance Agency dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       Jennifer R. Gorchow    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com  
       Joel Lee Schwartz    on behalf of Joint Debtor Alexis Collins esqinac@aol.com, stacygreen7@aol.com  
       Joel Lee Schwartz    on behalf of Debtor Mark Collins esqinac@aol.com, stacygreen7@aol.com  
       Kevin Gordon McDonald    on behalf of Creditor    Pennsylvania Housing Finance Agency kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                 TOTAL: 10