UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Mark Collins and Alexis Collins

Case No.: 19-27330

Chapter: 13

Judge: ABA

# NOTICE OF FAILURE TO FILE SUPPLEMENTAL
# DOCUMENTS CONCERNING SCHEDULES

TO: Joel Lee Schwartz, Esq.

This will confirm that on 08/12/2020 the following document(s) was filed by you.

☒ Amendment to Schedule(s) D and I,

☐ Missing Documents, including Schedule(s) _____,

This will further confirm that the court has not received the following supplemental documents:

☒ Declaration About an Individual Debtor's Schedules (106 Declaration)

☒ An updated Summary of Your Assets and Liabilities and Certain Statistical Information (106 Summary) [Schedules A/B, D, E/F, I and J ONLY]

☐ Declaration Under Penalty of Perjury for Non-Individual Debtors (202 Declaration)

☐ An updated Summary of Assets and Liabilities for Non-Individuals (206 Summary) [Schedules A/B, D and E/F ONLY]

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date of this notice.

Dated: August 13, 2020         Jeanne A. Naughton, Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Mark Collins  
Alexis Collins  
    Debtors

Case No. 19-27330-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Aug 13, 2020  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2020.  
db/jdb       +Mark Collins,   Alexis Collins,   619 Cedar Court,   Pleasantville, NJ 08232-4202

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2020                                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2020 at the address(es) listed below:

        Brian E Caine   on behalf of Loss Mitigation   Rushmore Loan Management Services  
          bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
        Brian E Caine   on behalf of Creditor   First Guaranty Mortgage Corporation  
          bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
        Denise E. Carlon   on behalf of Creditor   Pennsylvania Housing Finance Agency  
          dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Isabel C. Balboa   ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,  
          summarymail@standingtrustee.com  
        Jennifer R. Gorchow   on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com  
        Joel Lee Schwartz   on behalf of Joint Debtor Alexis  Collins esqinac@aol.com,  
          stacygreen7@aol.com  
        Joel Lee Schwartz   on behalf of Debtor Mark  Collins esqinac@aol.com, stacygreen7@aol.com  
        Kevin Gordon McDonald   on behalf of Creditor   Pennsylvania Housing Finance Agency  
          kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                             TOTAL: 10