| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Law Offices of Joel Schwartz<br>Joel Schwartz, Esquire<br>222 New Road, Suite 402<br>Linwood, New Jersey 08221<br>(609) 677-9454<br><br>In Re:<br>Mark Collins and Alexis Collins | Case No.: 19-27330<br><br>Chapter: 13<br><br>Adv. No.: <br><br>Hearing Date: <br><br>Judge: Altenburg, Jr. |

## CERTIFICATION OF SERVICE

1. I, __Joel Schwartz, Esquire__ :

   ☒ represent __the Debtor's__ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __August 17, 2020__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Amended Voluntary Petition, Order Respecting Amendment and Certificate of Service

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __08/17/2020__                    /s/ Joel Schwartz
                                                     Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| U.S. Trustee<br>U.S. Department of Justice<br>Office of the US Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Notice of Electronic Fil<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Isabel Balboa<br>Chapter 13 Standing Trustee<br>535 NJ-38<br>Cherry Hill, New Jersey 08002 | Chapter 13 Standing Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Notice of Electronic Fil<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Brian E. Caine, Esquire<br>Parker McCay P.A.<br>9000 Midlantic Drive, Suite 300<br>Mt. Laurel, New Jersey 08054 | Attorney on behalf of creditor<br>Rushmore Loan Management Services LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Notice of Electronic Fil<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Secretary of Housing and Urban Development<br>451 7th Street S.W.<br>Washington, DC 20410 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Denise Carlon, Esquire<br>KML Law Group, PC<br>216 Haddon Avenue, Suite 406<br>Westmont, New Jersey 08108 | Attorney on behalf of creditor<br>Pennsylvania Housing Finance Agency | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Notice of Electronic Fil<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Mark and Alexis Collins<br>619 Cedar Court<br>Pleasantville, New Jersey 08232 | Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*