Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−27330−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Mark Collins
aka Mart A. Collins
619 Cedar Court
Pleasantville, NJ 08232

Alexis Collins
aka Alexis Williams
619 Cedar Court
Pleasantville, NJ 08232

Social Security No.:
xxx−xx−0543

xxx−xx−6541

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on December 10, 2020.

Dated: December 10, 2020
JAN: bc

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Mark Collins  
Alexis Collins  
    Debtor(s)

Case No. 19-27330-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Dec 10, 2020      Form ID: plncf13      Total Noticed: 33

The following symbols are used throughout this certificate:  
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark Collins, Alexis Collins, 619 Cedar Court, Pleasantville, NJ 08232-4202 |
| lm | + | Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 518452403 | + | Apex, 2501 Oregon Pike, Suite 102, Lancaster, PA 17601-4890 |
| 518452404 | + | Ashley Furniture c/o Stephen Einstein, 20 Vesey Street, Suite 1406, New York City, NY 10007-4217 |
| 518452405 | + | Aspenn, 1430 Jersey Avenue, Suite 1, North New Brunsick, NJ 08902-1659 |
| 518452406 | + | Atlantic Care, PO Box 360, Findlay, OH 45839-0360 |
| 518452407 | + | Chrysler Capital, PO Box 660335, Dallas , TX 75266-0335 |
| 518478434 | + | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 518452408 | + | Credit Corp Solutions c/o Jarod Miller Court Offic, PO Box 218, New Gretna, NJ 08224-0218 |
| 518495932 | + | First Guaranty Mortgage Corporation, Attn Rushmore Loan Management Services,, PO Box 55004, Irvine, CA 92619-5004 |
| 518493885 | + | First Guaranty Mortgage Corporation, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 518452410 | + | Lawn Doctor, 6604 Delilah Road, Suite 2, Egg Harbor Twp, NJ 08234-5666 |
| 518452411 | + | PA Housing Finance, 211 N Front Street, Harrisburg, PA 17101-1406 |
| 518926104 | + | PA Housing Finance Agency, Attn Denise Carlon, Esq., 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 518574929 | + | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 518452412 | + | Plymouth Rock Insurance, 725 Canton Street, Norwood, MA 02062-2679 |
| 518452415 | + | Rushmore Loan Management, PO Box 814529, Dallas , Texas 75381-4529 |
| 518452416 | + | Sprint, PO Box 629023, El Dorado Hills, CA 95762-9023 |
| 518452417 | + | Synchrony Bank(Sams Club), PO box 13105, Roanoke, VA 24031-3105 |
| 518452418 | + | US Department of Education, 15480 Laguna Canyon Road, S, Irvine, CA 92618-2132 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 10 2020 22:23:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 10 2020 22:23:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 10 2020 22:22:00 | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 518504030 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 10 2020 22:22:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 518495900 | + | Email/Text: bankruptcy@pepcoholdings.com | Dec 10 2020 22:22:00 | Atlantic City Electric Company, 5 Collins Drive, Suite 2133, Mail Stop 84CP42, Carneys Point, NJ 08069-3600 |
| 518452409 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 10 2020 22:22:00 | GM Financial, PO Box 183834, Arlington, TX 76096-3834 |
| 518539053 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 10 2020 22:23:00 | Midland Funding LLC, PO Box 2011, Warren MI |

Case 19-27330-ABA   Doc 66   Filed 12/12/20   Entered 12/13/20 00:20:52   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 10, 2020 | Form ID: plncf13 | Total Noticed: 33 |

| | | | | |
|---|---|---|---|---|
| | | | | 48090-2011 |
| 518524579 | + | Email/Text: csc.bankruptcy@amwater.com | Dec 10 2020 22:24:00 | New Jersey American Water, PO Box 578, Alton, IL 62002-0578 |
| 518540825 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 10 2020 23:42:29 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518452413 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 10 2020 23:50:18 | Portfolio Recovery Association, LLC, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 518552932 | | Email/Text: bnc-quantum@quantum3group.com | Dec 10 2020 22:23:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 518453428 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 10 2020 23:42:04 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518470966 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Dec 10 2020 23:46:03 | US Department of Housing and Urban Development, 451 7th Street SW, Washington, DC 20410-0002 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518867172 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 518452414 | *+ | Portfolio Recovery Association, LLC, 120 Corporate Blvd, Norfolk, VA 23502-4952 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 12, 2020            Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian E Caine | on behalf of Creditor First Guaranty Mortgage Corporation bcaine@parkermccay.com BKcourtnotices@parkermccay.com |
| Brian E Caine | on behalf of Loss Mitigation Rushmore Loan Management Services bcaine@parkermccay.com BKcourtnotices@parkermccay.com |
| Denise E. Carlon | on behalf of Creditor Pennsylvania Housing Finance Agency dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | |

| | |
|---|---|
| | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | |
| | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jennifer R. Gorchow | |
| | on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com |
| Joel Lee Schwartz | |
| | on behalf of Debtor Mark Collins esqinac@aol.com  stacygreen7@aol.com |
| Joel Lee Schwartz | |
| | on behalf of Joint Debtor Alexis Collins esqinac@aol.com  stacygreen7@aol.com |
| John R. Morton, Jr. | |
| | on behalf of Creditor Americredit Financial Services Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | |
| | on behalf of Creditor Pennsylvania Housing Finance Agency kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11