UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

PARKER McCAY P.A.
BRIAN E. CAINE, ESQ.
9000 Midlantic Drive, Suite 300
P.O. Box 5054
Mount Laurel, NJ  08054
(856) 985-4059
Attorneys for TIAA, FSB

In Re:
Mark Collins
Alexis Collins
                    Debtors

Case No.:  19-27330-ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of _____TIAA, FSB_____. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:  BRIAN E. CAINE, ESQ.
PARKER McCAY P.A.
9000 Midlantic Drive, Suite 300
P.O. Box 5054
Mount Laurel, NJ  08054

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

Date: December 23, 2022

/s/ Brian E. Caine
Signature

*new.8/1/15*