Printed on: 12/31/2022  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 19-27330 (ABA)

Mark Collins and Alexis Collins  
619 Cedar Court  
Pleasantville, NJ  08232

Monthly Payment: $598.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/04/2022 | $598.00 | 02/08/2022 | $598.00 | 03/11/2022 | $598.00 | 04/04/2022 | $598.00 |
| 05/16/2022 | $598.00 | 06/10/2022 | $598.00 | 07/12/2022 | $598.00 | 08/10/2022 | $598.00 |
| 09/16/2022 | $598.00 | 10/19/2022 | $598.00 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | MARK COLLINS | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JOEL LEE SCHWARTZ, ESQUIRE | 13 | $3,000.00 | $3,000.00 | $0.00 | $3,000.00 |
| 1 | APEX ASSET MANAGEMENT, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | ASHLEY FURNITURE C/O STEPHEN EINSTEIN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | ASPENN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | ATLANTIC CARE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | SANTANDER CONSUMER USA, INC. | 33 | $1,327.81 | $0.00 | $0.00 | $0.00 |
| 6 | CREDIT CORP SOLUTIONS C/O JAROD MILLER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | AMERICREDIT FINANCIAL SERVICES, INC. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | LAWN DOCTOR | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | PENNSYLVANIA HOUSING FINANCE AGENCY | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | PLYMOUTH ROCK INSURANCE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $912.31 | $0.00 | $0.00 | $0.00 |
| 12 | LOANCARE, LLC | 24 | $20,528.32 | $7,783.01 | $12,745.31 | $2,306.51 |
| 13 | SPRINT CORPORATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | MIDLAND FUNDING, LLC | 33 | $971.85 | $0.00 | $0.00 | $0.00 |
| 15 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | US DEPARTMENT OF EDUCATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | ALEXIS COLLINS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | FIRST GUARANTY MORTGAGE CORPORATION | 13 | $1,031.00 | $1,031.00 | $0.00 | $1,031.00 |
| 20 | U.S. DEPARTMENT OF HOUSING & URBAN | 33 | $39,256.89 | $0.00 | $0.00 | $0.00 |
| 21 | ATLANTIC CITY ELECTRIC COMPANY | 33 | $1,015.08 | $0.00 | $0.00 | $0.00 |
| 22 | AMERICAN WATER | 33 | $277.36 | $0.00 | $0.00 | $0.00 |
| 23 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $400.10 | $0.00 | $0.00 | $0.00 |
| 24 | QUANTUM3 GROUP, LLC | 33 | $523.14 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---:|---:|
| 10/01/2019 | 22.00 | $0.00 |
| 08/01/2021 | Paid to Date | $5,111.00 |
| 09/01/2021 | 37.00 | $598.00 |
| 10/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $5,980.00 |
| Total paid to creditors this period: | $6,337.51 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $1,794.00 |
| Attorney: | JOEL LEE SCHWARTZ, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**